UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MORRIS WEATHERSPOON,

    Plaintiff,                                  No. 17-11196

v.                                          District Judge Mark A. Goldsmith
                                                         Magistrate Judge R. Steven Whalen

SURJIT DINSA, ET AL.,

    Defendants.
_____/

## ORDER

On April 14, 2017, Plaintiff Morris Weatherspoon, a prison inmate in the custody of the Michigan Department of Corrections, filed a *pro se* civil complaint under 42 U.S.C. § 1983. Before the Court is his Motion for a Victim Restitution Order under 18 U.S.C. § 3663 [Doc. #29].

The statute in question, 18 U.S.C. § 3663, if contained in the Federal Criminal Code, and provides that the Court may, when imposing a sentence on a criminal defendant, order restitution to a victim of the offense. The *civil* Defendants in this case have not been convicted of any crimes, and are not subject to criminal sentencing. 18 U.S.C. § 3663 has no application to this case.

Therefore, Plaintiff's motion [Doc. #29] is DENIED.

IT IS SO ORDERED.

                                                      s/ R. Steven Whalen
                                                      R. STEVEN WHALEN
                                                      UNITED STATES MAGISTRATE JUDGE

Dated: October 6, 2017

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on October 6, 2017, electronically and/or by U.S. mail.

>s/Carolyn M. Ciesla
>Case Manager to the
>Honorable R. Steven Whalen