UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MORRIS WEATHERSPOON,

    Plaintiff,                      No. 17-11196

v.                                    District Judge Mark A. Goldsmith
                                       Magistrate Judge R. Steven Whalen

SURJIT DINSA, ET AL.,

    Defendants.

_____/

**ORDER**

On February 13, 2018, Plaintiff Morris Weatherspoon filed a self-styled "Motion in Opposition to Defendants' Objections and Other Motions" [Doc. #53]. In reality, this is not a motion at all, but rather Plaintiff's *response* to the Defendants' motion for summary judgment. It probably should not have been docketed as a "motion," but these things happen with pro se cases. Nevertheless, to satisfy the various automated statistical and record-keeping protocols that this Court employs, I will terminate this "motion" by DENYING AS MOOT.

    IT IS SO ORDERED.

                                                      s/ R. Steven Whalen
                                                      R. STEVEN WHALEN
                                                      UNITED STATES MAGISTRATE JUDGE

Dated: August 6, 2018

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on August 6, 2018, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla  
Case Manager to the  
Honorable R. Steven Whalen