UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MORRIS WEATHERSPOON,

    Plaintiff,

vs.

SURJIT DINSA, et al.

    Defendants.
_____/

Civil Action No.
17-cv-11196

HON. MARK A. GOLDSMITH

**ORDER (1) ACCEPTING AND ADOPTING THE REPORTS AND RECOMMENDATIONS OF THE MAGISTRATE JUDGE DATED AUGUST 3, 2018 (DKT. 59 AND 60), (2) DENYING PLAINTIFF'S MOTION TO ENFORCE INJUNCTIONS (DKT. 39), (3) DENYING PLAINTIFF'S SECOND MOTION TO ENFORCE INJUNCTIONS (DKT. 48), (4) GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (DKT. 42), AND (5) DENYING PLAINTIFF'S MOTION FOR DISCOVERY (DKT. 54) AND MOTION FOR EVIDENTIARY HEARING (DKT. 58) AS MOOT**

This matter is presently before the Court on the Reports and Recommendations (R&R) of Magistrate Judge R. Steven Whalen, issued on August 3, 2018. In the first R&R, the Magistrate Judge recommends granting the motion for summary judgment (Dkt. 42) by Defendants Potts, Horgan (a/k/a Lilley Conrad), Collier, Stanifer, Holman, Spirko, Deland, Kline, Stamman, Chamberlain, Brown, Wallerstein, Okete, and Klee, and recommends that the Court sua sponte dismiss Defendants Dinsa, Kornowski, McGuire, King, Pomery, and Parke with prejudice. In the second R&R, the Magistrate Judge recommends denying Plaintiff's motions seeking injunctive relief (Dkts. 39 and 48). The parties have not filed objections to the R&Rs, and the time to do so has expired. See Fed. R. Civ. P. 72(b)(2). The Court has reviewed the R&R and concludes that the Magistrate Judge has reached the proper conclusion for the proper reasons. Therefore, the R&Rs are accepted and adopted as the findings and conclusions of the Court.

Accordingly, it is **ORDERED** that the motion for summary judgment (Dkt. 42) by Defendants Potts, Horgan (a/k/a Lilley Conrad), Collier, Stanifer, Holman, Spirko, Deland, Kline, Stamman, Chamberlain, Brown, Wallerstein, Okete, and Klee is **GRANTED** and they are **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** <u>sua sponte</u> Defendants Dinsa, Kornowski, McGuire, King, Pomery, and Parke are **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that Plaintiff's motions to enforce injunctions (Dkts. 39 and 48) are **DENIED**.

It is further **ORDERED** that Plaintiff's motion for discovery (dkt. 54) and motion for an evidentiary hearing (dkt. 58) are **DENIED** as moot

SO ORDERED.

Dated: August 28, 2018        s/Mark A. Goldsmith  
Detroit, Michigan              MARK A. GOLDSMITH  
                                       United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 28, 2018.

                                         s/Karri Sandusky  
                                         Case Manager